IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy: Deborah Hansen          Date: January 7, 2015
Court Reporter:    Gwen Daniel             Probation: Kyla Hamilton

_____

Criminal Action No. 14-cr-00203-WJM          <u>Counsel:</u>

UNITED STATES OF AMERICA,                    Jeremy S. Sibert

    Plaintiff,

v.

ARCHIE POOLE,                                David L. Owen

    Defendant.

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

10:09 a.m.   Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

Sentencing Statement by Mr. Sibert

Sentencing Statement by Mr. Owen

**ORDERED:   The Government's Amended Motion to Dismiss Counts 2 Through 4 and Count 6 [42] is GRANTED. Counts 2 Through 4 and Count 6 are dismissed.**

1

Defendant's Allocution

**ORDERED:  Defendant Archie Poole's Motion for a Sentence Outside the Advisory Sentencing Guideline Range Based Upon the Factors set Forth in Title 18 U.S.C. § 3553(a) [45] is GRANTED IN PART.**

Argument/Discussion

Defendant plead guilty to Counts One and Five of the Indictment and admitted to the forfeiture allegation on October 8, 2014.

**ORDERED:  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Archie Poole, be committed to the custody of the Bureau of Prisons to be imprisoned for a term of 70 months on Count 1, and a term of 60 months on Count 5, to be served consecutively to the term imposed on Count 1, for a total term of 130 months.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**The Court recommends that the Bureau of Prisons designate an institution for the Defendant with a Residential Drug Abuse (RDAP) or comparable substance abuse Program, as well as an appropriate mental health treatment Program, and that the defendant take advantage of such Programs during his period of incarceration.**

**ORDERED:  Upon release from imprisonment defendant is placed on supervised release for a term of three years on each count of conviction, to run concurrently.**

**Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the district to which defendant is released.**

**While on supervised release, the defendant shall not commit another federal, state, or local crime, he shall not possess a firearm as defined in 18 U.S.C. § 921, and he shall comply with the standard conditions that have been adopted by this Court. The defendant shall not unlawfully possess and he shall refrain from unlawfully using a controlled substance. He shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

>  **The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:    Special Conditions of Supervised Release:**

>  **1.     The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse during his period of supervised release, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**

>  **2.     The defendant shall participate in and he shall successfully complete a program of mental health treatment during this term of supervised release, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall pay the cost of treatment as directed by the probation officer.  The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.**

>  **3.     The defendant shall remain medication compliant and shall take all medications that are prescribed by his treating health care provider. The defendant shall cooperate with random blood tests as requested by his treating health care provider and/or supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained.**

>  **4.     The defendant shall submit his person, property, house, residence, papers, or office to a search conducted by a U.S. Probation Officer during the term of sup release.  Failure to submit to search may be grounds for revocation of supervised release.  The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.**

> **5.      The defendant shall not associate with or have contact with any gang members and he shall not participate in any gang activity, to include displaying gang paraphernalia.**

**ORDERED:   The Special Assessment fee of $200.00 is imposed, due and payable immediately.**

**ORDERED:   Defendant has no ability to pay a fine, and the fine is waived.**

The defendant is advised of his right to appeal the sentence imposed and in very limited circumstances his conviction by guilty plea.

**ORDERED:   Defendant is REMANDED to the custody of the U.S. Marshal.**

11:00 a.m.    Court in Recess
              Hearing concluded
              Time: 51 minutes