**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 14-cr-00203-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARCHIE POOLE,

    Defendant.

---

**GOVERNMENT'S MOTION FOR REDUCING SENTENCE
PURSUANT TO RULE 35(b)**

---

    The United States of America, by and through Zachary Phillips, Assistant United States Attorney, hereby moves the Court to consider reducing the defendant's sentence pursuant to Rules of Criminal Procedure Rule 35(b).

    In the plea agreement in case number 14-cr-00231-WJM-9 (Doc. No. 1160), the government agreed to file a Rule 35(b)(2) motion in this case for consideration by the Court as to information that has been provided subsequent to sentencing in this case. (Doc. No. 1160 p. 4). The defendant has met with law enforcement and provided information that was not known to the defendant at the time of his sentencing in this case and which information did not become useful to the government until more than one year after the defendant's sentencing.

    The Government requests this Court to consider reducing the defendant's sentence in this case pursuant to Rule 35(b)(2).

Dated this 23rd day of October, 2017.

        Respectfully submitted,
        ROBERT C. TROYER
        Acting United States Attorney

      By: s/Zachary Phillips
        Zachary Phillips
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado   80202
        Telephone: (303) 454-0100
        FAX: (303) 454-0409
        E-mail: Zachary.Phillips@usdoj.gov
        Attorney for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2017, I electronically filed the foregoing **GOVERNMENT'S MOTION FOR REDUCING SENTENCE PURSUANT TO RULE 35(b)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Dee Boucher*
U.S. Attorney's Office